# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ANTWAIN EURON HILL,            Case No. 23-CV-1365 (KMM/JFD)

    Petitioner,

v.                                                                 **ORDER**

WARDEN KING,

    Respondent.

**IT IS HEREBY ORDERED THAT:**

1. Respondent is directed to file an answer to the petition for a writ of habeas corpus of petitioner Antwain Euron Hill within 30 days of this order certifying the true cause and proper duration of Mr. Hill's confinement and showing cause why the writ should not be granted in this case.

2. Respondent's answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Mr. Hill's incarceration, in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact fully stating respondent's legal position on Mr. Hill's claims; and

    c. Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

3. If Mr. Hill intends to file a reply to respondent's answer, he must do so within 30 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Mr. Hill's motion for habeas corpus relief (Dkt. No. 2) is **DENIED WITHOUT PREJUDICE**. If Mr. Hill is entitled to habeas corpus relief on the claims raised in this proceeding, then the habeas petition that commenced the proceeding will be a sufficient procedural vehicle through which to effect that relief. Mr. Hill's motion for habeas relief is duplicative and therefore unnecessary.

Date: May 24, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge